1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13

KRISTINA RAINES and DARRICK
FIGG, individually and on behalf of all
others similarly situated,

Plaintiffs,

14

v.

15
16

U.S. HEALTHWORKS MEDICAL
GROUP, et al.,

17

Defendants.

Case No.:  19-cv-01539-DMS-DEB

**ORDER DISMISSING PLAINTIFFS'
FOURTH CAUSE OF ACTION**

18
19
20

Pending before the Court is Plaintiffs' *ex parte* application for an order dismissing the fourth cause of action in the Third Amended Complaint with prejudice.

21
22
23
24
25

On January 25, 2021, the Court granted Defendants' motion to dismiss Plaintiffs' Third Amended Complaint ("TAC").  (ECF No. 114.)  The Court dismissed Counts One, Two, and Three with prejudice and dismissed Count Four without prejudice, granting Plaintiffs fourteen (14) days' leave to amend.  The time for Plaintiffs to file a Fourth Amended Complaint has since expired.

26
27
28

On February 26, 2021, Plaintiffs filed the present application, stating they do not elect to file a Fourth Amended Complaint, but rather intend to appeal the Court's dismissal of the TAC.  (ECF No. 115.)

In the Ninth Circuit, an order dismissing a complaint with leave to amend is not a final order for purposes of appeal. *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136–37 (9th Cir. 1997) (en banc). "Unless a plaintiff files in writing a notice of intent not to file an amended complaint, [a dismissal order with leave to amend] is not an appealable final decision." *Lopez v. City of Needles*, 95 F.3d 20, 22 (9th Cir. 1996). Here, the filing of such a notice of intent "gives the district court an opportunity to . . . to enter an order dismissing the action, one that is clearly appealable." *Id.* Plaintiffs request the Court dismiss Count Four with prejudice to permit an appeal. (ECF No. 115 at 2.)

Accordingly, Plaintiffs having submitted written notice of their intent not to file an amended complaint and request for dismissal, the Court GRANTS Plaintiffs' request and DISMISSES Plaintiffs' fourth cause of action in the TAC with prejudice, pursuant to the reasoning in the January 25, 2021 Order.

**IT IS SO ORDERED.**

Dated: March 2, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

19-cv-01539-DMS-DEB