

FILED

OCT 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTINA RAINES; DARRICK FIGG, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>U.S. HEALTHWORKS MEDICAL GROUP, a corporation; SELECT MEDICAL HOLDINGS CORPORATION, a corporation; CONCENTRA GROUP HOLDINGS LLC, a Corporation; U.S. HEALTHWORKS, INC., a corporation; SELECT MEDICAL CORPORATION, a corporation; CONCENTRA, INC., a corporation; CONCENTRA PRIMARY CARE OF CALIFORNIA, a medical corporation; OCCUPATIONAL HEALTH CENTERS OF CALIFORNIA, a Medical Corporation; DOES, 4 and 8 through 10, inclusive,<br><br>　　　　　Defendants-Appellees. | No.　21-55229<br><br>D.C. No. 3:19-cv-01539-DMS-DEB Southern District of California, San Diego<br><br>ORDER |

Before: RAWLINSON and R. NELSON, Circuit Judges, and RAKOFF,[*] District Judge.

---

　　[*]　The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.

Having received the response of the Supreme Court of California to our certified question, we submit this case for decision in keeping with the decision issued by that court.