UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTINA RAINES and DARRICK FIGG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> U.S. HEALTHWORKS MEDICAL GROUP, a corporation; et al., <br><br> Defendants - Appellees. | No. 21-55229 <br><br> D.C. No. 3:19-cv-01539-DMS-DEB <br> U.S. District Court for Southern California, San Diego <br><br> **MANDATE** |

The judgment of this Court, entered October 18, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT