R. SCOTT ERLEWINE (SBN 095106)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA   94129
Telephone:  415-398-0900
Fax:          415-398-0911
Email:      rse@phillaw.com

LIGHT & MILLER, LLP
Michael Miller (SBN 269743)
Christopher Light (SBN 270449)
8880 Rio San Diego Dr., Suite 800
San Diego, CA 92108
Telephone: (619) 554-8460
Facsimile: (619) 996-7070
Email:     Michael@LightMiller.com
           Chris@LightMiller.com

Attorneys for Plaintiffs and the Certified Class

# UNITED STATES DISTICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA RAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. HEALTHWORKS MEDICAL GROUP, a corporation; et al.,<br><br>Defendants. | Case No: 19CV1539-DMS-DEB<br><br>**CERTIFIED CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  November 21, 2025<br>Time:  1:30 p.m.<br>Judge:  Hon. Dana M. Sabraw<br>Courtroom:  13A, 13th Floor |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 21, 2025 at 1:30 PM, or as soon thereafter as the matter may be heard, in Courtroom 13A, 13th Floor of the United States District Courthouse, 333 West Broadway, San Diego, CA 92101, before the Honorable Dana M. Sabraw, Plaintiffs Kristina Raines and Darrick Figg (hereinafter, "Plaintiffs") will and hereby do move this Court for an Order:

(a) that this Court has jurisdiction over the subject matter of this litigation and all related matters and all claims raised in this action and released in the Settlement Agreement, and personal jurisdiction over all parties before it;

(b) holding that (1) the Notice to the Class described in Section III informed Class Members of the terms of the Settlement Agreement, their right to object to the Settlement Agreement or to opt out of the Settlement Agreement and pursue their own remedies, and their right to appear in person or by counsel at the final approval hearing and be heard regarding approval of the Settlement Agreement; and (2) Notice was provided with ample time for the Class Members to follow these procedures;

(c) holding that (1) this notice procedure afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of the Settlement Agreement based on the response of the Class Members, (2) Notice was accomplished in all material respects in the manner prescribed by the Settlement Agreement, and (3) the notice provided in this case was the best notice practicable, which satisfied the requirements of law and due process;

(d) holding that the proposed Class, as defined in ¶ B. 4 of the Settlement Agreement and in ¶ V. 1 of the Preliminary Approval Order and set forth in Section II(F) meets all of the legal requirements for class certification under Federal Rule of Civil Procedure 23 ("Rule 23") (a) and (b)(3), and order that certification of the Class is finally approved for purposes of settlement of this action;

(e) confirming as final the appointment of Plaintiffs Kristina Raines and Darrick Figg as the Class Representatives under Rule 23;

(f) confirming as final the appointment of the following law firms and attorneys as Class Counsel for the Rule 23 Class: Phillips, Erlewine, Given & Carlin LLP and Light & Miller LLP;

(g) holding that (1) the Settlement Agreement is rationally related to the strength of Plaintiffs' claims given the risk, expense, complexity, and duration of further litigation, (2) the Settlement Agreement is the result of arms' length negotiations between experienced counsel representing the interests of the Class and Defendant, after thorough factual and legal investigation, (3) the Settlement Agreement is not the product of fraud or overreaching by, or collusion between, the negotiating parties, (4) the response of the Class to the Settlement Agreement supports settlement approval, and (5) the terms of the Settlement Agreement are fair, reasonable, and adequate to the Class and to each Class Member;

(h) granting final approval to the Settlement Agreement;

(i) permitting any necessary action to enforce the parties' obligations under the Settlement Agreement or under this Order;

(j) holding that all Class Members who have not timely opted out, are permanently barred from prosecuting against the parties any Released Claim as set forth in § D 11 of the Settlement Agreement;

(k) retaining jurisdiction over this matter, including the resolution of issues relating to implementation and enforcement of the Settlement Agreement, and ruling on attorneys' fees, expenses and incentive awards in connection therewith;

(l) dismissing all claims against Defendants with prejudice, each side to bear its own costs and attorneys' fees, except as provided by the Settlement Agreement and the Court's orders;

(m) approving the class administration costs for Verita Global in the amount of $140,234.22 to be paid by Defendants,

(n) granting Plaintiffs' request for incentive awards in the amount of $15,000 ($7,500 each) to be paid by Defendants; and

(o) granting Plaintiffs' Motion For Attorneys' Fees And Reimbursement of Expenses (ECF No. 215) and awarding $1,628,386 in attorneys' fees and $146,614 in litigation expenses to Plaintiffs' counsel to be paid by Defendants.

The grounds for this motion are that the Settlement Agreement is within the range of reasonableness to be finally approved as fair, adequate and reasonable in all respects.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the declarations of Sharon Howard, Kristina Raines and Darrick Figg, the previously filed Settlement Agreement and materials submitted in connection with preliminary approval, the other papers and records on file in this Action, and such other written and oral arguments as may be presented at or before the hearing to the Court.

Dated: October 24, 2025          PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

                                 By: */s/ R. Scott Erlewine*
                                     R. Scott Erlewine
                                     Attorneys for Plaintiffs and the Certified Class